United States District Court
Southern District of Texas
**ENTERED**
October 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMAN KHAMISI,<br>    Petitioner,<br><br>v.<br><br>PAM BONDI, in her capacity as<br>Attorney General of the United States,<br>et al,<br><br>    Respondents. | § § § § § § § § § § § | Case No. 4:25-CV-01937 |

## ORDER

The Court has considered the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and the opposition briefing and finds that it should be GRANTED for reasons previously stated in the Court's Memorandum and Opinion (Dkt. No. 17).

The Court ORDERS that Respondents release Petitioner Saman Khamisi within 72 hours from the issuance of this order. The Court further ORDERS that Khamisi will be subject to an order of supervision set by U.S. Immigration and Customs Enforcement, which will include the requirements that Khamisi shall make all efforts to secure his original passport and birth certificate within 90 days of release; be subject to GPS monitoring for 90 days or until he obtains his original passport and birth certificate, whichever occurs first; and report to the Dallas, Texas Alternatives to Detention office while he is released. This order does not preclude the parties from seeking further relief from the Court as appropriate.

IT IS HEREBY ORDERED.

SIGNED at Houston, Texas, on  October 30  , 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE